## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

DANIEL M. STODDARD and )
LAURA B. STODDARD )
        )
       Plaintiffs, )
        )
v. )    Civil Action No. 3:22-cv-400–HEH
        )
BLUE RIDGE BANK, NATIONAL )
ASSOC. f/k/a VIRGINIA )
COMMONWEALTH BANK; *et al.*, )
        )
       Defendants. )

### FINAL ORDER

THIS MATTER is before the Court on Joint Stipulations of Dismissal filed by Plaintiffs and Defendant Equifax Information Services, LLC (ECF No. 50) and Defendant Experian Information Solutions, Inc. (ECF No. 51), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                             /s/
                        Henry E. Hudson
                        Senior United States District Judge

Date: Jan. 19, 2023
Richmond, VA